MANHATTAN STRAW BOARD CO., Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by the Manhattan Straw Board Company against Frank S. Jones and others. R. H. Wilson, for appellants. M. A. Elias, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MANTHAI, Appellant, v. ERIE, R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Emma K. Manthai, as administratrix of the goods, chattels, and credit of Herman C. Manthai, deceased, against the Erie Railroad Company, impleaded. No opinion. Motion denied.

MARINE MFG. & SUPPLY CO., Respondent, v. PERRY, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) In the matter of supplementary proceedings in Marine Manufacturing & Supply Company against Robert Perry. No opinion. Order of the County Court of Queens County affirmed, with $10 costs and disbursements.

MARK v. ROCHESTER & E. R. RY. CO. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Angelo Mark, as, etc., against the Rochester & Eastern Rapid Railway Company.

PER CURIAM. Appeal of Salvatore Vella dismissed, with costs, including $10 costs of motion, unless within 10 days said appellant pay to the plaintiff's attorney on this motion $10 costs, and serve and file printed papers on appeal, as required by the rules of practice, within 30 days from date of service of a copy of this order, together with notice of entry thereof, and be prepared to argue said appeal during the first week of the next regular term of this court; such service to be made on plaintiff's substituted attorney.

MARRONEY, Appellant, v. CITY OF NEW YORK. Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by James Marroney against the City of New York. C. S. Aronstam, for appellant. T. Connoly, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

PATTERSON, J., dissents.

MARTIN, Appellant, v. HIGGINSON, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by Margaret C. Martin against Margaret Higginson. W. E. Benjamin, for appellant. C. Norwood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MAY et al., Respondents, v. WRIGHT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Charles H. May and others against Mary J. Wright. No opinion. Judgment affirmed, with costs.

In re MEADE. (Supreme Court, Appellate Division, First Department. June 8, 1906.) In the matter of Clarence W. Meade. No opinion. Motion to tax expenses, etc., granted. Settle order on notice.

In re MEAGHER. (Supreme Court, Appellate Division, First Department. June 8, 1906.) In the matter of William J. Meagher. No opinion. Application denied. Settle order on notice.

In re MEHLE'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) In the matter of the probate of the last will and testament of Margaret C. Mehle, deceased. No opinion. Decree of Surrogate's Court affirmed, with separate bills of cost to the adult respondent and the special guardian, payable out of the estate.

MERRIAM, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Louise J. Merriam against David S. Johnson. No opinion. Application granted. Order signed.

MESSINA, Respondent, v. UNITED STATES MORTGAGE & TRUST CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Frank Messina, sometimes known as Frank De Cola, against the United States Mortgage & Trust Company, as receiver of the Brooklyn Wharf & Warehouse Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event; on the authority of Vogel v. American Bridge Co., 180 N. Y. 373, 73 N. E. 1, 70 L. R. A. 725, and Agresta v. Stevenson (decided April 27, 1906) 98 N. Y. Supp. 594.

METROPOLITAN MILK & CREAM CO. v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by the Metropolitan Milk & Cream Company against the city of New York. No opinion. Motion granted, questions certified, order filed.

MILLER, Respondent, v. NEW YORK & Q. C. RY. Co., Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Mary Miller against the New York & Queens County Railway Company. No opinion. Judgment and order of the County Court of Queens County unanimously affirmed, with costs.

MINER, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Elizabeth Miner against the Interborough Rapid Transit Company. No opinion. Judgment and order unanimously affirmed, with costs.

MISHKIND FEINBERG CO. v. SIDOWRSKY. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by